IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CT INSTALL AMERICA, LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 22-cv-4557 |
| | : | |
| **JULIAN BORYSZEWSKI, et al.,** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this __8TH__ day of May, 2023, upon consideration of Plaintiff's Motion for Preliminary Injunction (ECF No. 30) of CT Install America, LLC and the responses in opposition thereto of Julian Boryszewski, individually and t/d/b/a Focal Point Remodeling, Inc., Focal Point Remodeling, Inc., Jessica Boryszewski, Matthew Boryszewski, Nicholas Canci, Timothy Bodnar, and Carrie Sullivan (ECF No. 37) and of Brian Sutherland (ECF No. 38), **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

　　/s/ Lynne A. Sitarski　　
LYNNE A. SITARSKI
United States Magistrate Judge