IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CT INSTALL AMERICA, LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 22-cv-4557 |
| | : | |
| **JULIAN BORYSZEWSKI, et al.,** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this ___27TH___ day of June, 2023, upon consideration of Defendant Brian Sutherland's Motion for Rule 11 Sanctions (ECF No. 59), Plaintiff's Response (ECF No. 72) and Memorandum (ECF No. 73) in opposition thereto, and Defendant Brian Sutherland's Reply (ECF No. 74), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge