# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CT INSTALL AMERICA, LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 22-cv-4557 |
| | : | |
| **JULIAN BORYSZEWSKI, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this ___25TH___ day of October, 2024, upon consideration of Plaintiff's Motion for Sanctions Against Defendants Represented by Michael Monsour, Against Michael Monsour as Counsel, and Kozloff Stoudt as Counsel's Law Firm (ECF No. 101), Defendants' response (ECF No. 102), and Plaintiff's reply (ECF No. 106), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge