# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CT INSTALL AMERICA, LLC,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 22-cv-4557 |
| | : | |
| **JULIAN BORYSZEWSKI, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this __29TH__ day of October, 2024, upon consideration of Plaintiff's request for attorneys' fees pursuant to the Court's October 1, 2024 Order granting Plaintiff's Second Motion to Compel Full and Complete Discovery Responses, and Defendants'[1] objections to Plaintiff's request, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that within 60 days of the date of this Order counsel for Defendants, Michael Monsour, Esquire, shall pay Plaintiff **$7,560.00**.

BY THE COURT:

 /s/ Lynne A. Sitarski 
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] For purposes of this order, "Defendants" shall refer to Julian Boryszewski, Focal Point Remodeling, Inc., Jessica Boryszewski, Nicholas Canci, Matthew Boryszewski, Matthew Cruz, Ginger Stanley, Alexx Biscuit, Timothy Bodnar, David Snively, Carrie Sullivan, and Matthew Blumberg.