IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CT INSTALL AMERICA, LLC,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 22-cv-4557 |
| | : | |
| **JULIAN BORYSZEWSKI, et al.,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW,** this __21ST__ day of January, 2025, upon consideration of Defendants' Motion to Compel Full and Complete Discovery Responses (ECF No. 116), Plaintiff's answer (ECF No. 125), Defendants' reply (ECF No. 127) and Plaintiff's sur-reply (ECF No. 130), and for the reasons set forth in the accompanying Memorandum, Defendants' motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's objections to Defendants' Second Set of Interrogatories (Interrogatories) are waived;

2. Within 14 days of this Order, Plaintiff shall substantively answer Interrogatories Nos. 1 through 4, 6 through 10, 12 and 13;

3. Within 14 days of this Order, Plaintiff shall produce documents responsive to Defendants' Second Set of Requests for Production (RFPs) Nos. 1 (as applicable), 2 (as set forth in the accompanying memorandum), 3, 5, 6, 8 and 10 through 12;

4. Within seven days of this Order, the parties shall submit a stipulated confidentiality order for the Court's consideration;

5. Within 21 days of this Order, the parties shall exchange fully updated privilege logs;

6. In all other respects, Defendants' motion is denied.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge