IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CT INSTALL AMERICA, LLC, | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No.: 22-cv-4557** |
| | : | |
| JULIAN BORYSZEWSKI, et al., | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this ____8TH____ day of July, 2026, upon consideration of Plaintiff's request for attorneys' fees pursuant to the Court's January 28, 2026 Order granting Plaintiff's Motion for Limited Consideration, and Defendants'[1] objections to Plaintiff's request, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that within 60 days of the date of this Order counsel for Defendants, Michael Monsour, Esquire, shall pay Plaintiff **$2,074.00**.

BY THE COURT:

___/s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1]   For purposes of this order, "Defendants" shall refer to Julian Boryszewski, Focal Point Remodeling, Inc., Jessica Boryszewski, Nicholas Canci, Matthew Boryszewski, Matthew Cruz, Ginger Stanley, Alexx Biscuit, Timothy Bodnar, Carrie Sullivan, and Matthew Blumberg.