**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CT INSTALL AMERICA, LLC,**<br>**Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No.: 22-cv-4557** |
| | : | |
| **JULIAN BORYSZEWSKI, et al.,**<br>**Defendants.** | : | |

**O R D E R**

**AND NOW**, this 19TH day of October, 2026, upon consideration of Plaintiff's request for attorneys' fees pursuant to the Court's July 8, 2026, Order granting Plaintiff's Motion for Sanctions, and Defendants'[1] objections to Plaintiff's request, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that within 60 days of the date of this Order Defendants shall pay Plaintiff **$9,135.00**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

[1] For purposes of this order, "Defendants" shall refer to Julian Boryszewski, Focal Point Remodeling, Inc., Jessica Boryszewski, Nicholas Canci, Matthew Boryszewski, Matthew Cruz, Ginger Stanley, Alexx Biscuit, Timothy Bodnar, Carrie Sullivan, and Matthew Blumberg.